IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>8201 GREENSBORO DRIVE, STE. 350<br>MCLEAN, VA 22102<br><br>PLAINTIFF<br><br>v.<br><br>DONNA MCCARTNEY<br>56-58 MAIN STREET<br>DELAWARE WATER GAP, PA 18327<br><br>DEFENDANT(S) | CIVIL ACTION<br><br>No.: 4: 06-CV-00031<br><br>Complaint Filed: January 5, 2006<br><br>Judge John E. Jones, III |

**ORDER OF JUDGMENT BY DEFAULT**

AND NOW, this _22nd_ day of _February_, 2006, upon consideration of the entry of a default, it is ORDERED that a judgment is entered in favor of Plaintiff, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and against DONNA MCCARTNEY, Defendant, in the sum of $111,241.21 as of February 21, 2006, plus interest, attorneys fees, costs, advances, and all other related fee and expenses until paid in full, to which Plaintiff is entitled from Defendant pursuant to the subject note/mortgage obligation;

It is also ordered that the interest which Defendant has in the subject property be sold at Marshal's sale and that all amounts owed by Defendant to Plaintiff under the subject note/mortgage obligation be paid out of the proceeds of such sale;

It is further ordered that, if the proceeds of such sale of the subject property exceed the sum of money owed by Defendant to Plaintiff any such excess shall be deposited with the Clerk of the Court, subject to further order.

_____
John E. Jones III
U.S. District Judge